No. 73–1758. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. JOBST. Appeal from D. C.

W. D. Mo. Motion of appellee for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for reconsideration in light of the Social Security Amendments of 1972, § 301 *et seq.*, 86 Stat. 1465, 42 U. S. C. § 1381 *et seq.* (1970 ed., Supp. II).